# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PHILLIPS, KEITH L. | 2. Court or Organization<br><br>RICHMOND DIVISION - US BANKRUPTCY COURT - EASTERNDIVISION VA | 3. Date of Report<br><br>12/22/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>05/31/2014 |

| 7. Chambers or Office Address<br><br>701 EAST BROAD STREET, 5TH FLOOR<br>RICHMOND, VA 23219 |
|---|
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | OFFICER & DIRECTOR | PHILLIPS & FLECKENSTEIN, PC |
| 2. | OFFICER & DIRECTOR | WESTHAMPTON TITLE AGENCY, INC. |
| 3. | CHAPTER 7/CHAPTER 11 TRUSTEE | RICHMOND, VA PANEL |
| 4. | GENERAL PARTNER | EKP ASSOCATES, L.C. |
| 5. | LLC MEMBER | BLVD, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | ORAL AGREEMENT WITH FORMER LAW FIRM TO RECEIVE COMPENSATION FOR LEGAL SERVICES RENDERED PRIOR TO BECOMING A JUDGE. NO CONTROL IN FORMER LAW FIRM. |
| 2. | 2013 | ORAL AGREEMENT WITH SUCCESSOR CHAPTER 7 TRUSTEES TO RECEIVE COMMISSIONS EARNED FOR SERVICES PERFORMED PRIOR TO BECOMING A JUDGE. NO CONTROL OVER TRUSTEE CASES. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/22/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | PHILLIPS & FLECKENSTEIN, LLC (SALARY) | $153,214.00 |
| 2. 2012 | WESTHAMPTON TITLE AGENCY, INC (SALARY) | $3,300.00 |
| 3. 2012 | TRUSTEE INCOME (GROSS) | $58,000.00 |
| 4. 2012 | PHILLIPS & FLECKENSTEIN, LLC - SHAREHOLDER DRAW | $20,000.00 |
| 5. 2013 | PHILLIPS & FLECKENSTEIN, LLC (SALARY) | $147,583.00 |
| 6. 2013 | TRUSTEE INCOME (GROSS) | $112,000.00 |
| 7. 2014 | PHILLIPS & FLECKENSTEIN, LLC (RESIDUAL SALARY) | $30,000.00 |
| 8. 2014 | TRUSTEE INCOME (GROSS) | $50,000.00 |
| 9. | | |
| 10. | | |
| 11. | | |
| 12. | | |
| 13. | | |
| 14. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | FRONTIER RETIREMENT SERVICES - EARLY PENSION DISTRIBUTION |
| 2. 2012 | MASS. MUTUAL LIFE INSURANCE COMPANY - EARLY PENSION DISTRIBUTION |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/22/2014 |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JPMORGAN CHASE BANK | MORTGAGE - RENTAL PROPERTY #1/RICHMOND, VA (PT VII, LINE 1) | K |
| 2. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #1/ RICHMOND, VA (PT VII, LINE 2) | K |
| 3. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #2/ RICHMOND, VA (PT VII, LINE 2) | K |
| 4. | CITIMORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #3/ RICHMOND, VA (PT VII, LINE 2) | K |
| 5. | OCWEN MORTGAGE | MORTGAGE - EKP ASSOCIATES - RENTAL PROPERTY #4/ RICHMOND, VA (PT VII, LINE 2) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #1/RICHMOND, VA 2002 - $36,750 (50%) | E | Rent | L | R | | | | | |
| 2. EKP ASSOCIATES LC - RENTAL PROPERTIES/RICHMOND, VA (50%) | F | Rent | M | U | | | | | |
| 3. BLVD, LLC (50% OWNERSHIP) | E | Distribution | M | U | | | | | |
| 4. WELLS FARGO - CHECKING ACCOUNT | A | Int./Div. | K | T | | | | | |
| 5. BB&T #1 - CHECKING ACCOUNT | | None | L | T | | | | | |
| 6. BB&T #2 - CHECKING ACCOUNT | | None | L | T | | | | | |
| 7. FIDELITY INVESTMENTS | A | Int./Div. | K | T | | | | | |
| 8. (H) JANNEY MONTGOMERY SCOTT LLC #1 | | | | | | | | | |
| 9. CLEARBRIDGE VALUE | | None | K | T | | | | | |
| 10. COLUMBIA MARS - STOCK | B | Dividend | J | T | | | | | |
| 11. IVY ASSET STRAT | A | Dividend | J | T | | | | | |
| 12. MFS TTL RET A | A | Dividend | J | T | | | | | |
| 13. ROYCE PA MUTL CONSULT - STOCK | B | Dividend | J | T | | | | | |
| 14. TAYLOR CAP A PERPTL PFD | A | Dividend | J | T | | | | | |
| 15. JANNEY INSURED SWP | A | Int./Div. | L | T | | | | | |
| 16. VA ST RES AUTH - TAX EXEMPT OID | B | Int./Div. | K | T | | | | | |
| 17. (H) JANNEY MONTGOMERY SCOTT LLC #2 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DREYFUS CASH MANAGEMENT FUND | A | Dividend | J | T | | | | | |
| 19. ETFS PALLADIUM TRUST | | None | J | T | | | | | |
| 20. FT FTSE EN DEV | A | Dividend | J | T | | | | | |
| 21. ISHS US INDUSTRIALS | A | Dividend | J | T | | | | | |
| 22. ISHS CORE S&P MDCP | A | Dividend | J | T | | | | | |
| 23. ISHS MSCI EUROPE FINANCIALS | A | Dividend | J | T | | | | | |
| 24. ISHS MSCI GERMANY | A | Dividend | J | T | | | | | |
| 25. ISHS MSCI ITALY CPD | A | Dividend | J | T | | | | | |
| 26. ISHS MSCI MEXICO | A | Dividend | J | T | | | | | |
| 27. ISHS MSCI UNITED KINGDOM | A | Dividend | J | T | | | | | |
| 28. ISHS RUSS 2000 INDX | A | Dividend | J | T | | | | | |
| 29. MKT VCTR VIETNAM | A | Dividend | J | T | | | | | |
| 30. MKT VECT INTRM MUN | A | Dividend | J | T | | | | | |
| 31. PIMCO INTRM MUN BD | A | Dividend | J | T | | | | | |
| 32. PWRSH VRDO TAX FR WK | A | Dividend | J | T | | | | | |
| 33. SECTOR ENERGY SELECT | A | Dividend | J | T | | | | | |
| 34. SECTOR TECHNOLOGY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR S&P 500 | A | Dividend | J | T | | | | | |
| 36. SPDR BARC S/T MUN | A | Dividend | J | T | | | | | |
| 37. SPDR S&P REGL BNKG | A | Dividend | J | T | | | | | |
| 38. WSDMTR JPN HEDG EQ | A | Dividend | J | T | | | | | |
| 39. WSDMTR EURO S/C DIV | A | Dividend | J | T | | | | | |
| 40. VIRGINIA 529 PREPAID PLAN #1 - 8 SEMESTER TIER I | | None | K | V | | | | | |
| 41. VIRGINIA 529 PREPAID PLAN #2 - 8 SEMESTER TIER I | | None | K | V | | | | | |
| 42. VIRGINIA 529 PREPAID PLAN #3 - 8 SEMESTER TIER I | | None | J | V | | | | | |
| 43. IRA #1 | C | Dividend | M | T | | | | | |
| 44. - CASH ACCOUNT | | | | | | | | | |
| 45. - INVESCO EQUALLY WEIGHTED S&P FUND | | | | | | | | | |
| 46. - ALLIANCE BERNSTEIN GLOBAL THEMATIC GROWTH FUND | | | | | | | | | |
| 47. - COHEN AND STEERS INTERNATIONAL REALTY FUND | | | | | | | | | |
| 48. - COLUMBIA MARSICO FOCUSD EQUITY FUND | | | | | | | | | |
| 49. - FIRST TRUST FINANCIAL ALPHADEX ETF | | | | | | | | | |
| 50. - FIRST TRUST INDUSTRIAL PRODUCER DURABLE ALPHADEX ETF | | | | | | | | | |
| 51. - GOLDMAN SACHS MLP INCOME OPPORTUNITIES FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - HENDERSON EUROPEAN FOCUS FUND | | | | | | | | | |
| 53. - CLEARBRIDGE VALUE FUND | | | | | | | | | |
| 54. - CLEARBRIDGE SPECIAL INVESTMENT FUND | | | | | | | | | |
| 55. - MILLER INCOME OPPORTUNITY FUND | | | | | | | | | |
| 56. - LEGG MASON OPPORTUNITY FUND | | | | | | | | | |
| 57. - MFS GROWTH FUND | | | | | | | | | |
| 58. - MFS INVESTORS GROWTH FUND | | | | | | | | | |
| 59. - PIMCO REAL RETURN FUND | | | | | | | | | |
| 60. - PIMCO INCOME FUND | | | | | | | | | |
| 61. - WESTERN ASSET CORE BOND FUND | | | | | | | | | |
| 62. IRA #2 | C | Int./Div. | M | T | | | | | |
| 63. - CASH DEPOSIT ACCOUNTS | | | | | | | | | |
| 64. - SCHWAB VALUE ADVANTAGE | | | | | | | | | |
| 65. - SCHWAB DIVIDEND EQUITY FUND | | | | | | | | | |
| 66. - SCHWAB FUNDAMENTAL US LARGE CO INDEX | | | | | | | | | |
| 67. - SCHWAB MARKETTRACK GROWTH | | | | | | | | | |
| 68. - SCHWAB S&P 500 INDEX FUND | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - SCHWAB TOTAL STOCK MKT INDEX | | | | | | | | | |
| 70. - SCHWAB 1000 INDEX FUND | | | | | | | | | |
| 71. - T ROWE PRICE RETIREMENT 2030 FUND | | | | | | | | | |
| 72. - VANGUARD WELLESLEY INCOME FD INVESTOR SHARE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PHILLIPS, KEITH L. | 12/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 40 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN

PART VII, LINE 41 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN

PART VII, LINE 42 - VALUE IS BASED ON REFUNDABLE VALUE PROVIDED BY THE VIRGINIA529 COLLEGE SAVINGS PLAN

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KEITH L. PHILLIPS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544